IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERRY ERIC JOHNSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-163
)
FRANK PENNINGTON, Assistant )
District Attorney; LORI T. )
LONCON, Assistant District )
Attorney; ROBERT ATTRIDGE, )
Assistant District Attorney; )
and MARK BECTON; )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of July 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA