# United States District Court
## *Southern District of Georgia*

Terry Eric Johnson

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-143

Frank Pennington et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated July 24, 2018, adopting the Report and Recommendations of the Magistrate Judge as the opinion of this Court, Plaintiff's complaint is dismissed with prejudice. This action stands closed.



| July 24, 2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk